IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01151-RPM

IVY S. RAIN,

    Plaintiff,
vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA;
BOULDER SHELTER FOR THE HOMELESS, INC., THE LONG TERM DISABILITY PLAN,

    Defendants.
_____

# ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal [16] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    Dated: November 1, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge